# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Ray L. Coates,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 12-0593-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney Fees Under The Equal Access To Justice Act*, filed November 19, 2013 [Doc. 17]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Attorney Fees Under The Equal Access To Justice Act*, filed November 19, 2013 [Doc. 17] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $5,500 as well as $350 court costs from the Judgment Fund.

                                                */s/ John T. Maughmer*
                                                  **John T. Maughmer**
                                        **United States Magistrate Judge**