# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Ray L. Coates,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 12-1226-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's attorney's *Motion For 42 U.S.C. §406(b) Fees,* filed May 18, 2014, [Doc. 21]. In light of the agreement of the parties, and finding the requested fee of $17,241.00 reasonable based upon the work performed in this case as documented in Plaintiff's filings, *See Gisbrecht v. Barnhart,* 535 U.S. 789 (2002), it is

**ORDERED** that plaintiff's *Motion For 42 U.S.C. §406(b) Fees,* filed May 18, 2014, [Doc. 21] is **GRANTED**. Accordingly, plaintiff's counsel is awarded fees pursuant to 42 U.S.C. §406(b) in the amount of $17,241.00, which were withheld by the Commissioner from the total past due benefits awarded to plaintiff, and shall refund to plaintiff the earlier and smaller EAJA fee award of $5,500.00.

    */s/ John T. Maughmer*
    **John T. Maughmer**
    **United States Magistrate Judge**